**William Dodge LEWIS, Appellant, v. Walter J. ROTHENSIES, Collector of Internal Revenue, First District of Pennsylvania.**

**No. 8792.**

Circuit Court of Appeals, Third Circuit.

Argued June 6, 1945.

Decided June 27, 1945.

Frank A. Moorshead, of Philadelphia, Pa., for appellant.

Leonard Sarner, of Washington, D. C. (Samuel O. Clark, Jr., Asst. Atty. Gen., Sewall Key, Robert N. Anderson, and Clarence J. Nickman, Sp. Assts to Atty. Gen., and Gerald A. Gleeson, U. S. Atty., and Thomas J. Curtin, Asst. U. S. Atty., both of Philadelphia, Pa., on the brief), for appellee.

Before BIGGS, MARTIN, and McLAUGHLIN, Circuit Judges.

*PER CURIAM.*

The judgment of the court below, 61 F. Supp. 862, is affirmed.